# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 94-CR-30114-WDS |
| DARYL ANTHONY WOMACK, | ) | |
| Defendant. | ) | |

## ORDER

**STIEHL, District Judge:**

Before the Court is defendant's motion for retroactive application of the Advisory Sentencing Guidelines (Doc. 194). The Court previously appointed Daniel Cronin, AFPD, to represent the defendant in this motion, and he now seeks leave to withdraw as counsel (Doc. 207).

Upon review of the record, the Court **FINDS** that the defendant is not entitled to the relief he seeks. The various amendments to the Advisory Sentencing Guidelines do not result in any change in the defendant's guidelines range because of the defendant's criminal history category is a IV, and with all applicable reductions, his total offense level would be a 37, with a sentencing range of 360 months to life. Therefore, the defendant's sentence would not be reduced, and his motion pursuant to §3582 is **DENIED.** The motion for leave to withdraw is **GRANTED.**

**IT IS SO ORDERED.**

**DATE:** 1 August , 2011

/s/ WILLIAM D. STIEHL
**DISTRICT JUDGE**